EXHIBIT
A

From: **South Jersey Gas** <contactus@sjindustries.com>
Date: Thu, Nov 5, 2026 at 7:38AM
Subject: Re: EXTERNAL: Chapter 7 Bankrupty Form - Account #2293388314 #655370296
To: <smeredith36@gmail.com>

Dear Shontell Meredith,

Thank you for contacting South Jersey Gas. Please email a copy of your full bankruptcy paperwork including your case number and we will forward to the appropriate department for review.

Questions? You can reply to this email or call the Customer Contact Center at 1.888.766.9900; Monday-Friday 7 a.m. to 8 p.m.

Sincerely,

Lisa, Customer Contact Center Team

SOUTH JERSEY
GAS

**Call:** **1.888.766.9900**
**Email:** **contactus@sjindustries.com**
**Visit:** **southjerseygas.com**

**For Gas Leaks and Emergencies call: 1.800.582.7060 or 1.844.570.LEAK**