EXHIBIT
B

## Fwd: EXTERNAL: Chapter 7 Bankrupty Form - Account #22933883

**Mike Assad** <mike@mikeassad.law>
Thu, Nov 5, 2026 at 9:05 AM
To: South Jersey Gas <contactus@sjindustries.com>
Cc: Shontell Meredith <smeredith36@gmail.com>

Attached is a copy of the chapter 7 petition filed by Shotnell Meredith on November 3, 2026, which affects service to 16 Desmond Run in Sicklerville. You will notice that the creditor matrix attached to the petition includes South Jersey Gas. A copy of the Notice of Bankruptcy signed by the clerk of court and assigning case number 26-22523 is also attached.

Please confirm that you are in the process of restoring service to 16 Desmond Run as result of this bankruptcy case filing.

Thank you,

Mike Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300

---

**2 attachments**

**Meredith - Petition and Matrix.pdf**
265K

**Meredith - Notice of Bankruptcy Case Filing.pdf**
116K