EXHIBIT
C

## Re: EXTERNAL: Chapter 7 Bankrupty Form - Account #22933883 #655791235

**South Jersey Gas** <contactus@sjindustries.com> Thu, Nov 5, 2026 at 3:26 PM
To: mike@mikeassad.law
Cc: smeredith36@gmail.com

Dear Mike Assad,

Thank you for sending over the bankruptcy paperwork for Shontell. It has been forwarded to the appropriate department who will reach out to the customer if necessary.

Questions? You can reply to this email or call the Customer Contact Center at 1.888.766.9900; Monday-Friday 7 a.m. to 8 p.m.

Sincerely,

Ashley, Customer Contact Center Team

SOUTH JERSEY
GAS

**Call: 1.888.766.9900**
**Email: contactus@sjindustries.com**
**Visit: southjerseygas.com**

**For Gas Leaks and Emergencies call: 1.800.582.7060 or 1.844.570.LEAK**