By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Plaintiff*

**United States Bankruptcy Court**
**District of New Jersey**

In re: Shontell Sharie Meredith,
*Debtor.*

Shontell Sharie Meredith,
*Plaintiff*,

v.

South Jersey Gas Company,
*Defendant.*

| | |
|---|---|
| Case No.: | 26-22523-JNP |
| Adv. No: | 26-01621-JNP |
| Chapter: | 7 |
| Judge: | Poslusny |

**Certification of Service**

1. I, Michael I. Assad, represent Shontell Sharie Meredith, the plaintiff in this matter.

2. On November 9, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Verified Complaint (ECF No. 1)
   - Order to Show Cause (ECF No. 3)

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 9, 2026

/s/ Michael I. Assad
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Chief Legal Officer<br>South Jersey Gas Company<br>1 South Jersey Plaza<br>Hammonton, NJ 08037-9109 | Defendant | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other FedEx #879922323699<br>☒ Other Emil to contactus@sjindustries.com |