Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

In Re: Shontell Sharie Meredith
Debtor

Case No.: 26−22523−JNP
Chapter 7

Shontell Sharie Meredith
Plaintiff

v.

South Jersey Gas
Defendant

Adv. Proc. No. 26−01621−JNP

Judge: Jerrold N. Poslusny Jr.

---

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on November 9, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 3 – 2
Order Granting Application for Order to Show Cause re: Why a Preliminary Injunction Should Not Issue Compelling South Jersey Gas Company To Restore Gas Service, With Temporary Restraints (Related Doc # 2). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 11/9/2026. Show Cause hearing to be held on 11/17/2026 at 11:00 AM at JNP − Courtroom 4C, Camden. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 9, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

Meredith,
Plaintiff

Adv. Proc. No. 26-01621-JNP

South Jersey Gas,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1

Date Rcvd: Nov 09, 2026 Form ID: orderntc Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | Shontell Sharie Meredith, 16 Desmond Run, Sicklerville, NJ 08081-1768 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/Text: bankruptcynotice@sjindustries.com | Nov 09 2026 20:38:00 | South Jersey Gas, 1 South Jersey Plaza, Folsom, NJ 08037-9100 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael I. Assad | on behalf of Plaintiff Shontell Sharie Meredith mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |

TOTAL: 1