Order Filed on November 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Plaintiff*

In re: Shontell Sharie Meredith,

*Debtor*.

Shontell Sharie Meredith,
*Plaintiff*,

v.

South Jersey Gas Company,
*Defendant*.

| | |
|---|---|
| Case No.: | 26-22523-JNP |
| Chapter: | 7 |
| Adv. No.: | 26-01621-JNP |
| Judge: | Poslusny |

**Order Fixing Adequate Assurance of Payment Under 11 U.S.C. § 366(b)**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 18, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

**THIS MATTER** having come before the Court on November 17, 2026, the return date of the Order to Show Cause entered at ECF No. 3, on the application of Plaintiff Shontell Sharie Meredith for a preliminary injunction compelling Defendant South Jersey Gas Company to restore gas service to her residence at 16 Desmond Run, Sicklerville, New Jersey 08081 (the "Residence"); Michael I. Assad appearing for the Plaintiff, and Jerrold S. Kulback appearing for the Defendant; the parties having stated on the record their agreement to the relief set forth below; and for good cause shown; it is hereby **ORDERED** that:

1. Under 11 U.S.C. § 366(b), the Plaintiff's adequate assurance of payment for gas service rendered to the Residence on and after November 3, 2026, is fixed at $131.00, which the Plaintiff must pay to the Defendant on or before November 23, 2026.

###